AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Darques Smith, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:23-cv-05761-HSG |
| Intel Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darques Smith, Renee Waltrip, Brian Cameron, Elizabeth Cordova, and Michael Worley                               .

Date:      11/9/2023

/s/Allison Watson Cross
*Attorney's signature*

Allison Watson Cross (CA 328596)
*Printed name and bar number*
Bathaee Dunne LLP
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626

*Address*

across@bathaeedunne.com
*E-mail address*

(213) 462-2772
*Telephone number*

N/A
*FAX number*

| Print | Save As... | Reset |
|---|---|---|