| | |
|---|---|
| BATHAEE DUNNE LLP<br>Yavar Bathaee (SBN 282388)<br>Andrew C. Wolinsky (SBN 3455965)<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br>yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com<br><br>Brian J. Dunne (SBN 275689)<br>Edward M. Grauman (*pro hac vice* forthcoming)<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone: (213) 462-2772<br>bdunne@bathaeedunne.com<br>egrauman@bathaeedunne.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | STOEL RIVES LLP<br>Charles H. Samel (SBN 182019)<br>Lauren V. Neuhaus (SBN 327698)<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Telephone: (415) 617-8900<br>Facsimile: (415) 617-8907<br>charles.samel@stoel.com<br>lauren.neuhaus@stoel.com<br><br>David S. Kurtzer-Ellenbogen (*pro hac vice* pending)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>dkurtzer@wc.com<br><br>*Attorneys for Defendant Intel Corporation* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DARQUES SMITH, RENEE WALTRIP, BRIAN CAMERON, ELIZABETH CORDOVA, and MICHAEL WORLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 4:23-cv-05761-HSG<br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEUDLE FOR MOTION TO DISMISS** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Darques Smith, Renee Waltrip, Brian Cameron, Elizabeth Cordova and Michael Worley ("Plaintiffs") and Defendant Intel Corporation ("Intel"), by and through their respective counsel, respectfully submit the following stipulation:

**WHEREAS**, on November 8, 2023, Plaintiffs filed their complaint (the "Complaint") in this action;

**WHEREAS**, on November 13, 2023, Intel waived service of a summons in this case, such that the current deadline for Intel to answer or otherwise respond to the Complaint is January 12, 2024;

**WHEREAS**, in view of end-of-year and holiday schedules, Intel respectfully seeks an additional two weeks for the preparation of its anticipated motion to dismiss the Complaint, and the parties jointly wish to set out now an orderly briefing schedule that incorporates agreed-upon dates for Plaintiffs' opposition to that motion and Intel's reply in support, subject to the Court's approval;

**WHEREAS**, the parties have not previously stipulated to an extension of the response time or any other deadlines in relation to Intel's motion to dismiss; and

**WHEREAS**, pursuant to Local Rule 6-1(a), the enlargement of time will not alter the date of any event or deadline fixed by Court Order.

**NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR COUNSEL** hereby stipulate as follows:

Intel's deadline to move to dismiss the Complaint is extended to January 26, 2024; Plaintiffs' deadline to oppose that motion shall be February 23, 2024; and Intel's deadline to reply in support of that motion shall be March 22, 2024.

**IT IS SO STIPULATED**.

Dated: December 12, 2023                              **STOEL RIVES LLP**

                                                    By: /s/ Charles H. Samel

                                                    Charles H. Samel
                                                    Attorneys for Defendant
                                                    INTEL CORPORATION

Dated: December 12, 2023                                    **BATHAEE DUNNE LLP**

                                                By: /s/ Brian J. Dunne

                                                Brian J. Dunne
                                                Attorneys for Plaintiffs
                                                DARQUES SMITH, RENEE WALTRIP,
                                                BRIAN CAMERON, ELIZABETH
                                                CORDOVA, and MICHAEL WORLE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

                                                /s/ Charles H. Samel

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_[signature: Haywood S. Gilliam Jr.]_                           12/12/2023
United States District Judge                                    Date