BATHAEE DUNNE LLP
Yavar Bathaee (SBN 282388)
Andrew C. Wolinsky (SBN 3455965)
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com

Brian J. Dunne (SBN 275689)
Edward M. Grauman (*pro hac vice*)
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com

*Attorneys for Plaintiffs and Proposed Class*

STOEL RIVES LLP
Charles H. Samel (SBN 182019)
Lauren V. Neuhaus (SBN 327698)
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900
Facsimile: (415) 617-8907
charles.samel@stoel.com
lauren.neuhaus@stoel.com

David S. Kurtzer-Ellenbogen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkurtzer@wc.com

*Attorneys for Defendant Intel Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SMITH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 4:23-cv-05761-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CHANGE BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Plaintiffs Darques Smith, Renee Waltrip, Brian Cameron, Elizabeth Cordova and Michael Worley ("Plaintiffs") and Defendant Intel Corporation ("Intel"), by and through their respective counsel, respectfully submit the following stipulation:

**WHEREAS**, on September 12, 2024, Plaintiffs filed their Amended Complaint and the current deadline for Intel to answer or otherwise respond is September 26, 2024;

**WHEREAS**, the parties jointly wish to set out now an orderly briefing schedule that incorporates agreed-upon dates, subject to the Court's approval;

---

**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS**
**Case No. 4:23-CV-05761-HSG**

**WHEREAS**, pursuant to Local Rule 6-1(a), the enlargement of time will not alter the date of any event or deadline fixed by Court Order.

**NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR COUNSEL** hereby stipulate as follows:

Intel's deadline to move to dismiss the Amended Complaint is extended to **October 17, 2024**; Plaintiffs' deadline to oppose that motion shall be **November 21, 2024**; and Intel's deadline to reply in support of that motion shall be **December 19, 2024**.

**IT IS SO STIPULATED**.

Dated:  September 18, 2024         **WILLIAMS & CONNOLLY LLP**

                                   By: /s/ David S. Kurtzer-Ellenbogen

                                   David S. Kurtzer-Ellenbogen
                                   Attorney for Defendant Intel Corporation

Dated: September 18, 2024          **BATHAEE DUNNE LLP**

                                   By: /s/ Edward M. Grauman

                                   Edward M. Grauman
                                   Attorney for Plaintiffs

I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

                                   /s/ David S. Kurtzer-Ellenbogen

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated:  9/19/2024

                                   Hon. Haywood S. Gilliam, Jr.
                                   United States District Court Judge

**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS**
**Case No. 4:23-CV-05761-HSG**