| | |
|---|---|
| BATHAEE DUNNE LLP<br>Yavar Bathaee (SBN 282388)<br>Andrew C. Wolinsky (SBN 3455965)<br>445 Park Avenue, 9th Floor<br>New York, NY 10022<br>Telephone: (332) 322-8835<br>yavar@bathaeedunne.com<br>awolinsky@bathaeedunne.com<br><br>Brian J. Dunne (SBN 275689)<br>Edward M. Grauman (*pro hac vice* forthcoming)<br>901 South MoPac Expressway<br>Barton Oaks Plaza I, Suite 300<br>Austin, TX 78746<br>Telephone: (213) 462-2772<br>bdunne@bathaeedunne.com<br>egrauman@bathaeedunne.com<br><br>*Attorneys for Plaintiffs and Proposed Class* | STOEL RIVES LLP<br>Charles H. Samel (SBN 182019)<br>Lauren V. Neuhaus (SBN 327698)<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Telephone: (415) 617-8900<br>Facsimile: (415) 617-8907<br>charles.samel@stoel.com<br>lauren.neuhaus@stoel.com<br><br>David S. Kurtzer-Ellenbogen (*pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>dkurtzer@wc.com<br><br>*Attorneys for Defendant Intel Corporation* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DARQUES SMITH, RENEE WALTRIP, BRIAN CAMERON, ELIZABETH CORDOVA, and MICHAEL WORLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No. 4:23-cv-05761-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Darques Smith, Renee Waltrip, Brian Cameron, Elizabeth Cordova and Michael Worley ("Plaintiffs") and Defendant Intel Corporation ("Intel"), by and through their respective counsel, respectfully submit the following stipulation:

**WHEREAS**, on August 15, 2025, the Court entered an Order granting in part and denying in part Intel's motion to dismiss (ECF No. 54);

**WHEREAS**, the current deadline for Intel to answer the Amended Complaint is August 29, 2025;

**WHEREAS**, Intel respectfully seeks an additional 30 days for the preparation of that answer, and Plaintiffs do not oppose that additional time, subject to the Court's approval;

**WHEREAS**, the parties have not previously stipulated to an extension of this deadline; and

**WHEREAS**, pursuant to Local Rule 6-1(a), the enlargement of time will not alter the date of any event or deadline fixed by Court Order.

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR COUNSEL hereby stipulate as follows:

Intel's deadline to answer the Complaint is extended to September 29, 2025.

**IT IS SO STIPULATED**.

Dated: August 25, 2025                    **WILLIAMS & CONNOLLY LLP**

By: /s/ David S. Kurtzer-Ellenbogen

David S. Kurtzer-Ellenbogen
Attorneys for Defendant
INTEL CORPORATION

Dated: August 25, 2025                    **BATHAEE DUNNE LLP**

By: /s/ Brian J. Dunne

Brian J. Dunne
Attorneys for Plaintiffs
DARQUES SMITH, RENEE WALTRIP, BRIAN CAMERON, ELIZABETH CORDOVA, and MICHAEL WORLEY

I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

/s/ David S. Kurtzer-Ellenbogen

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

*[Signature: Haywood S. Gilliam Jr.]*    8/26/2025
United States District Judge                Date

---

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

Case No. 4:23-CV-05761-HSG