BATHAEE DUNNE LLP
Yavar Bathaee (SBN 282388)
Andrew C. Wolinsky (SBN 3455965)
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (332) 322-8835
yavar@bathaeedunne.com
awolinsky@bathaeedunne.com

Brian J. Dunne (SBN 275689)
Edward M. Grauman (*pro hac vice*)
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Telephone: (213) 462-2772
bdunne@bathaeedunne.com
egrauman@bathaeedunne.com

*Attorneys for Plaintiffs and the Proposed Classes*

STOEL RIVES LLP
Charles H. Samel (SBN 182019)
Lauren V. Neuhaus (SBN 327698)
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900
Facsimile: (415) 617-8907
charles.samel@stoel.com
lauren.neuhaus@stoel.com

David S. Kurtzer-Ellenbogen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkurtzer@wc.com

*Attorneys for Defendant Intel Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DARQUES SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | Case No. 4:23-cv-05761-HSG <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Darques Smith, Renee Waltrip, Brian Cameron, Elizabeth Cordova and Michael Worley ("Plaintiffs") and Defendant Intel Corporation ("Intel"), by and through their respective counsel, respectfully submit the following stipulation:

**WHEREAS**, Plaintiffs are in process of preparing a proposed Second Amended Complaint, as was discussed with the Court at a conference on September 16, 2025;

**WHEREAS**, the Court directed the parties to confer regarding that proposed amendment;

**WHEREAS**, Intel's deadline to answer the operative Amended Complaint is September 29, 2025, by virtue of the parties' prior stipulation, which the Court so-ordered (ECF No. 56); and

**WHEREAS**, the parties agree that Intel should not be required to answer the Amended Complaint during such time as the parties and the Court are determining whether the Second Amended Complaint should be docketed.

**NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR COUNSEL** hereby stipulate as follows:

Intel's deadline to answer the Amended Complaint shall be vacated pending a determination of whether the Second Amended Complaint should be docketed. If the Second Amended Complaint is not docketed, the parties will promptly confer on a new deadline to answer the operative Amended Complaint and submit a joint submission for the Court's review.

**IT IS SO STIPULATED**.

Dated: September 17, 2025       **WILLIAMS & CONNOLLY LLP**

By: /s/ David S. Kurtzer-Ellenbogen

David S. Kurtzer-Ellenbogen
Attorney for Defendant
INTEL CORPORATION

Dated: September 17, 2025       **BATHAEE DUNNE LLP**

By: /s/ Brian J. Dunne

Brian J. Dunne
Attorney for Plaintiffs
DARQUES SMITH, RENEE WALTRIP, BRIAN CAMERON, ELIZABETH CORDOVA, and MICHAEL WORLEY

I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

/s/ David S. Kurtzer-Ellenbogen

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_[signature]_              9/18/2025
United States District Judge      Date

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**
Case No. 4:23-CV-05761-HSG