**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965))
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Classes*

**WILLIAMS & CONNOLLY LLP**
David S. Kurtzer-Ellenbogen (*pro hac vice*)
dkurtzer@wc.com
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000 / FAX (202) 434-5029

**STOEL RIVES LLP**
Charles H. Samel (SBN 182019)
Lauren V. Neuhaus (SBN 327698)
charles.samel@stoel.com
lauren.neuhaus@stoel.com
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
(415) 617-8900 / FAX (415) 617-8907

*Attorneys for Defendant Intel Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DARQUES SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | Case No. 4:23-cv-05761-HSG <br><br> **STIPULATION AND ORDER REGARDING AMENDMENT AND MOTION-TO-DISMISS BRIEFING** |

Pursuant to the Court's October 21, 2025 Order (ECF No. 64) and Civil Local Rule 6-2, Plaintiffs and Defendant Intel Corporation ("Intel"), by and through their respective counsel, respectfully submit the following stipulation:

WHEREAS, Plaintiffs intend to seek leave to file a Second Amended Complaint in the form attached as Exhibit A;

WHEREAS, Plaintiffs believe the proposed amendment meets the standard for leave to amend under Federal Rule of Civil Procedure 15(a)(2), under which "[t]he court should freely give leave when justice so requires";

WHEREAS, Intel believes that the length and complexity of this amendment at this time would justify denial of leave to amend absent agreement between the parties (subject to the Court's approval) on a mechanism to streamline motion-to-dismiss briefing; and

WHEREAS, Plaintiffs and Intel have therefore agreed to the below procedure that would both avoid the need for contested motion practice over amendment and then permit the sufficiency of the pleadings to be tested through a bellwether approach;

NOW THEREFORE, the parties agree, subject to the Court's approval, as follows:

1. Plaintiffs' Second Amended Complaint may be docketed in the form attached as Exhibit A. To effectuate this, Plaintiffs shall file the Second Amended Complaint within one day of the Court's endorsement of this stipulation, together with a redline of the Second Amended Complaint against the Amended Complaint.

2. In the interest of judicial efficiency, briefing on Intel's motion to dismiss the Second Amended Complaint will address four claims selected by each party, for a maximum total of eight. For the avoidance of doubt, although either party may elect one or more of the statutory sources within Count 1 of the Second Amended Complaint, neither party may elect "Count 1" as a whole.

3. Within one week of the Court's endorsement of this stipulation, the parties will exchange their four claims.

4. Thereafter, Intel shall have six weeks to file its motion to dismiss, Plaintiffs will have six weeks to respond to that motion, and Intel shall have four weeks to reply.

**IT IS SO STIPULATED.**

Dated: October 23, 2025                    Respectfully submitted,

By: /s/ Brian J. Dunne
     Brian J. Dunne

**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022

**STIPULATION AND ORDER RE: AMENDMENT AND MOTION TO DISMISS BRIEFING**
Case No. 4:23-CV-05761-HSG
2

```
                                   Tel.: (332) 322-8835

                                   Brian J. Dunne (CA 275689)
                                   bdunne@bathaeedunne.com
                                   Edward M. Grauman (pro hac vice)
                                   egrauman@bathaeedunne.com
                                   901 South MoPac Expressway
                                   Barton Oaks Plaza I, Suite 300
                                   Austin, TX 78746
                                   Tel.: (213) 462-2772
                                   Attorneys for Plaintiffs and the Proposed Classes

                                   By: /s/ David S. Kurtzer-Ellenbogen
                                       David S. Kurtzer-Ellenbogen

                                   WILLIAMS & CONNOLLY LLP
                                   David S. Kurtzer-Ellenbogen (pro hac vice)
                                   dkurtzer@wc.com
                                   680 Maine Ave., S.W.
                                   Washington, DC 20024
                                   (202) 434-5000 / FAX (202) 434-5029

                                   STOEL RIVES LLP
                                   Charles H. Samel (SBN 182019)
                                   Lauren V. Neuhaus (SBN 327698)
                                   charles.samel@stoel.com
                                   lauren.neuhaus@stoel.com
                                   1 Montgomery Street, Suite 3230
                                   San Francisco, CA 94104
                                   (415) 617-8900 / FAX (415) 617-8907

                                   Attorneys for Defendant Intel Corporation
```

**FILER ATTESTATION**

I am the ECF user who is filing this document. Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other signatories have concurred in the filing of the document.

By: /s/ David S. Kurtzer-Ellenbogen
    David S. Kurtzer-Ellenbogen

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_____                 10/23/2025
HAYWOOD S. GILLIAM, JR.                   Date
United States District Judge

**STIPULATION AND ORDER RE: AMENDMENT AND MOTION TO DISMISS BRIEFING**
**Case No. 4:23-CV-05761-HSG**
3