**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Classes*

**WILLIAMS & CONNOLLY LLP**
David S. Kurtzer-Ellenbogen (*pro hac vice*)
dkurtzer@wc.com
680 Maine Ave., S.W.
Washington, DC 20024
(202) 434-5000 / FAX (202) 434-5029

**STOEL RIVES LLP**
Charles H. Samel (SBN 182019)
Lauren V. Neuhaus (SBN 327698)
charles.samel@stoel.com
lauren.neuhaus@stoel.com
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
(415) 617-8900 / FAX (415) 617-8907

*Attorneys for Defendant Intel Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DARQUES SMITH, et al.,

Plaintiffs,

v.

INTEL CORPORATION,

Defendant.

Case No. 4:23-cv-5761-HSG

**FINAL JUDGMENT**

Hon. Haywood S. Gilliam, Jr.

The Court has considered the parties' Joint Stipulation and Request for Entry of Final Judgment, the record in this action, the Court's August 15, 2024 Order dismissing the original complaint (Dkt. No. 45), the Court's August 15, 2025 Order (Dkt. No. 54), the Court-approved bellwether procedure (Dkt. No. 66), and the Court's August 27, 2026 Order granting Intel Corporation's bellwether motion to dismiss (Dkt. No. 79).

Plaintiffs have elected to stand on the Second Amended Complaint ("SAC") and to decline further amendment. The Court finds that the dispositive reasoning in Dkt. No. 79 applies to and resolves the sufficiency of every claim pleaded in the Second Amended Complaint, including claims not selected for Intel's bellwether motion. The Court therefore adjudicates and dismisses each such claim under Fed. R. Civ. P. 12(b)(6) with prejudice. No claim or party remains before the Court. The Court has participated in and approves the process resulting in this judgment. This judgment terminates the action in its entirety.

Accordingly, under Federal Rules of Civil Procedure 54(a) and 58, IT IS ORDERED AND ADJUDGED that:

1. The Wisconsin component of Count One, previously dismissed without leave to amend, remains DISMISSED WITH PREJUDICE.
2. Counts Eight, Eleven, Twenty-Five, Thirty-One, Thirty-Two, and Thirty-Four, previously dismissed with leave to amend, are DISMISSED WITH PREJUDICE because Plaintiffs have elected to stand on the SAC and decline further amendment.
3. The Court applies the dispositive reasoning in Dkt. No. 79 to all forty-two components of Count One other than its Wisconsin component and to all twenty-eight separately headed causes of action not expressly adjudicated in Dkt. No. 79: Counts Two through Seven, Nine and Ten, Twelve through Seventeen,[1] Nineteen through Twenty-Four, Twenty-Six through Thirty, Thirty-Three, Thirty-Five, and Thirty-Six. Each of those claims is DISMISSED WITH PREJUDICE.

[1] Although the count labels run through Count Thirty-Six, the SAC contains no Count Eighteen.

4. The SAC and this entire action are DISMISSED WITH PREJUDICE. This disposition adjudicates every claim and every component of every claim pleaded in the SAC. No claim or party remains before the Court.
5. Plaintiffs shall take nothing from Defendant Intel Corporation.
6. This Judgment is the final disposition of the entire action under Rules 54(a) and 58. The Clerk shall enter judgment and close the case.

**IT IS SO ORDERED.**

Dated: 9/10/2026

Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge